UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOYCE GOERTZEN**, <br> Plaintiff, <br> v. <br> **GREAT AMERICAN LIFE INSURANCE COMPANY**, <br> Defendant. | Case No. 16-cv-240-YGR <br><br> **ORDER SETTING HEARING ON MOTION FOR REMAND** <br><br> Re: Dkt. No. 47 |

Currently pending before the Court is Plaintiff Joyce Goertzen's Motion for Remand (Dkt. No. 47). Pursuant to the stipulation of the parties, approved by this Court, the briefing will be completed on May 22, 2017. (Dkt. No. 51.)

The Court **ORDERS** that a hearing on the matter is **SET** for 2:00 p.m. on **May 30, 2017**, in Courtroom 1, United States Courthouse, 1301 Clay Street, Oakland.

The parties shall also be prepared to discuss the impact on the pending motion for summary judgment of the recent Ninth Circuit decision in *Friedman v. AARP, Inc.*, No. 14-56765, 2017 WL 1657553, at *6 (9th Cir. May 3, 2017) (reversing dismissal of UCL claim under unlawful prong which alleged violations of Insurance Code, and UCL claims under fraudulent and unfair prongs which alleged likelihood that reasonable consumers would be deceived by misrepresentations made in policy documents).

**IT IS SO ORDERED.**

Dated: May 11, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**